# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | Nos. 114-116 MM 2019 |
| Respondent | : | |
| v. | : | |
| CHRISTOPHER ZIEMBA, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2019, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.